UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DERRAL WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>JERRY SPEZIALE, et al.,<br><br>    Defendants. | 04-CV-4860 (WJM)<br><br>ORDER OF DISMISSAL |

A Report and Recommendation was filed on November 30, 2005 recommending that this civil action be dismissed; and the parties having been given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2); no objection having been received; and the Court having reviewed the Report and Recommendation *de novo*; and good cause appearing;

IT IS on this 3th day of January 2006, hereby

ORDERED that the Report and Recommendation of Magistrate Judge Ronald J. Hedges is adopted as the Opinion of this Court; and it is further

ORDERED that this matter be dismissed.

William J. Martini, U.S.D.J.

cc:   The Hon. Ronald J. Hedges, U.S.M.J.